# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY KEITH WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:17-cv-0760 - JLT<br><br>ORDER DIRECTING PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS NO LATER THAN JULY 20, 2018 |

On June 29, 0218, the Commissioner filed a motion to dismiss this action (Doc. 13) Pursuant to the Scheduling Order, if the Commissioner filed a motion to dismiss, "[t]he opposition brief to the motion shall be filed within fourteen (14) days after service of the motion." (Doc. 9-1 at 3) Thus, any opposition was to be filed no later than July 13, 2018. (*See id.*) However, Plaintiff has not responded to the motion. Accordingly, the Court **ORDERS**:

1. Plaintiff **SHALL** file any opposition to the motion no later than **July 20, 2018**; and
2. Any reply by the Commissioner **SHALL** be filed no later than **July 27, 2018**.

IT IS SO ORDERED.

Dated: __**July 16, 2018**__　　　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1