# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY KEITH WILLIAMS,<br><br>        Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:17-cv-0760 - JLT<br><br>ORDER DIRECTING GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |

On July 16, 2018, the Court ordered Plaintiff to file a response to the Commissioner's motion to dismiss no later than July 20, 2018. (Doc. 14) On July 19, 2018, Plaintiff filed a request for an extension of time, noting also that the Commissioner has stipulated to the extension. (Doc. 15) Based upon the information provided by counsel and good cause appearing, the Court ORDERS:

1. Plaintiff's request for an extension of time is **GRANTED**;
2. Plaintiff SHALL file any opposition to the motion no later than **August 3, 2018**; and
3. Any reply by the Commissioner **SHALL** be filed no later than **August 10, 2018**.

IT IS SO ORDERED.

Dated: __**July 19, 2018**__                  **/s/ Jennifer L. Thurston**
                                                                            UNITED STATES MAGISTRATE JUDGE