# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY KEITH WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:17-cv-0760 - JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR A SECOND EXTENSION OF TIME |

On July 16, 2018, the Court ordered Plaintiff to file a response to the Commissioner's motion to dismiss. (Doc. 14) On August 3, 2018, Plaintiff filed a request for an extension of time to respond to the motion, noting also that the Commissioner has stipulated to the extension. (Doc. 17) Based upon the information provided by counsel and good cause appearing, the Court **ORDERS**:

1. Plaintiff's request for a second extension of time is **GRANTED**;
2. Plaintiff **SHALL** file any opposition to the motion no later than **August 17, 2018**; and
3. Any reply by the Commissioner **SHALL** be filed no later than **August 27, 2018**.

IT IS SO ORDERED.

Dated: __**August 6, 2018**__　　　　　　　　__　**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1